UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

APR 16 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHANIE RODRIGUEZ, individually and as Guardian Ad Litem of J.C., a minor; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>LOCKHEED MARTIN CORPORATION; et al.,<br><br>    Defendants,<br><br> and<br><br>GENERAL DYNAMICS ARMAMENT AND TECHNICAL PRODUCTS,<br><br>    Defendant - Appellee. | No. 11-16531<br><br>D.C. No. 1:08-cv-00189-SOM-KSC<br>U.S. District Court for Hawaii, Honolulu<br><br>**MANDATE** |

The judgment of this Court, entered March 07, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:
            Molly C. Dwyer
            Clerk of Court

            Rhonda Roberts
            Deputy Clerk